UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC, :<br>    Plaintiff, :<br>:<br> v. :<br>:<br>JOHN DOE subscriber assigned IP address :<br>73.30.220.82, :<br>    Defendant. : | Civil Action<br>No. 2:19-cv-00307-RBS |

## NOTICE OF ENTRY OF APPEARANCE

TO THE CLERK OF THE COURT:

 Kindly enter the appearance of Jonathan D. Klein, Esquire on behalf of Plaintiff, Strike 3 Holdings, LLC, in the above case.

             **CLARK HILL PLC**

             JONATHAN D. KLEIN, ESQUIRE
             2005 Market Street, Suite 1000
             Philadelphia, PA 19103
             (215) 640-8535
             *Attorney for Plaintiff,*
             *Strike 3 Holdings, LLC*

Dated: May 2, 2019